IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STADIUM PLAZA, LTD., )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>FILE No.  4:20-CV-00622 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS ("Plaintiff") and Defendant, STADIUM PLAZA, LTD. ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 5th day of October, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
*Attorney-in-Charge of Plaintiff*
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com


ATTORNEYS FOR PLAINTIFF
ANTHONY CAIRNS

/s/     Bill E. Davidoff
Bill E. Davidoff, Esq.
State Bar No.  00790565
Lance V. Clack, Esq.
State Bar No.  24040694
Figari + Davenport, LLP
901 Main Street, Suite 3400
Dallas, TX  75202
Tel: (214)  939-2000
Email:   bill.davidoff@figdav.com
Lance.clack@figdav.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL